**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Terry Mitchell, et. al.** | : | |
| Plaintiffs, | : | Case No.: **3:23-cv-2266** |
| **v.** | : | Judge: _____ |
| **David Taylor, et al.,** | : | Magistrate Judge: _____ |
| Defendants. | : | |

## <u>NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT</u>

Please take note that Defendants, David Taylor and Cassens Transport Company (together "Defendants"), by and through their undersigned counsel, hereby remove the above-captioned action from the Court of Common Pleas, Lucas County, Ohio, in which it is now pending, to the United States District Court for the Northern District of Ohio, pursuant to 28 U.S.C. §§ 1332 and 1441 et seq.  Pursuant to 28 U.S.C. § 1446(a), set forth below is statement of the grounds for removal, and attached hereto is a copy of all process and pleadings served to date in this case.

**I.      PROCEDURAL HISTORY:**

1.      On October 13, 2023, Plaintiffs, Terry Mitchell and TDM Logistics (together "Plaintiffs"), filed this action, captioned *Terry Mitchell, et al. vs. David Taylor, et al.,* Case No.G-4801-CI-0202304008-000, in the Lucas County Court of Common Pleas, Ohio (the "Action"). A true and correct copy of Plaintiffs' Summons and Complaint is attached hereto as "Exhibit A."

2.      Service of the Summons and Complaint was completed upon Defendant Cassens on or about October 26, 2023.

3. The Complaint alleges that the Plaintiff sustained injuries and damages resulting from a motor vehicle collision which occurred on October 12, 2021, when the vehicle being driven by Plaintiff struck the rear of the tractor trailer owned by Defendant Cassens and being driven by Defendant Taylor in Lucas County, Ohio.

4. Defendants have not yet filed an Answer or other responsive pleading to the Complaint.

5. The undersigned counsel has been retained to represent all named Defendants.

## II. DEFENDANTS HAVE SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL

6. Pursuant to 28 U.S.C. §1446(a), Defendants attach to this Notice of Removal a copy of all pleadings and the docket relative to this case.  (See Exhibits A and B, attached hereto).

7. All Defendants consent to the removal of this action, pursuant to 28 U.S.C. §1446(b)(2)(A).

8. Promptly following the filing of this Notice of Removal, written notice of the removal of this action will be served on all parties' counsel, as required by 28 U.S.C. §1446(d).

9. A true and accurate copy of this Notice of Removal will also be promptly filed with the Lucas County Court of Common Pleas, pursuant to 28 U.S.C. §1446(d).

10. No previous application has been made for the relief requested herein.

11. Venue for this action is proper in this Court under 28 U.S.C. §1441(a) because Lucas County is located within the United States District Court for the Northern District of Ohio, Western Division (28 U.S.C. §115(b)(1)).  Accordingly, the Northern District of Ohio,

Western Division, is the "District and Division within which such action is pending." 28 U.S.C. §1441(a).

12.     This Notice of Removal is timely pursuant to 28 U.S.C. §1446 because it is filed within thirty (30) days of service upon the Defendants.

## III. REMOVAL IS PROPER BECAUSE THIS COURT HAS ORIGINAL JURISDICTION PURSUANT TO 28 U.S.C. §1332(a).

13.     This Court has diversity jurisdiction pursuant to 28 U.S.C. §1332(a) because this is a civil action in which the parties are citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of costs and interest.

### A.     The Amount in Controversy Requirement is Satisfied.

14.     The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

15.     Under 28 U.S.C. §1446, a "notice of removal may assert the amount in controversy if the initial pleading seeks.  .  . a money judgment, but the State practice. . . permits recovery of damages in excess of the amount demanded."  28 U.S.C. §1446(c)(2)(A)(ii).  Moreover, a court must look to "the allegations and claims asserted in the Complaint together with the parties' evidentiary submissions," not merely whether the plaintiff requested amounts in excess of the state court's minimum jurisdictional limit, to determine whether the removing party has demonstrated that the amount in controversy exceeds $75,000.00.  *Crooks v. State Farm Mut. Auto. Inc. Co.,* No. 2:15-CV-2234, 2015 WL 8602519, at *3 (S.D. Ohio Dec. 14, 2015, *Report and Recommendation adopted,* no. 2:15-cv-2234, 2016 WL 6808278 (S.D. Ohio Feb. 18, 2016)(denying plaintiff's motion to remand) citing *Dart Cherokee Basin Operating Co., LLC v. Owens,* 135 S.Ct. 547, 551m 190 L.Ed. 2d 495 (2014)).

16.     Plaintiff's Complaint alleges that Plaintiff was injured as result of the accident on October 12, 2021, and that Plaintiff "suffered damages in the form of unreimbursed property damage expenses and unreimbursed lost wages" (Complaint, ¶ 10) and that the Plaintiff seeks "judgment against Defendants, in an amount *in excess* of Twenty-Five Thousand Dollars as and for compensatory damages arising from damages sustained in the collision referred to herein, along with costs and expenses" *(Id.,* ¶ Wherefore (a), Emphasis added) and "judgment against Defendants, in an amount *in excess* of Twenty-Five Thousand Dollars for property damage, lost wages, and inconvenience" (*Id.*, Wherefore (b), Emphasis added).  Further Plaintiff TDM claims to have sustained "disabling" damage to a commercial vehicle.  Id., ¶ 5.

17.     Given Plaintiff's allegations, it is evident that the amount in controversy exceeds $75,000.00.  See *Crooks,* 2015 WL 8602519, at *3 (Finding that plaintiffs' request for "compensatory damages for costs and expenses he sustained" elevated the amount in controversy above $75,000.00).

**B.     Complete Diversity of Citizenship Exists Between the Parties.**

18.     This case is between "citizens of different states."  28 U.S.C. §1332 (a).

19.     At all times relevant hereto, Plaintiffs allege they were residents and citizens of the State of Ohio. (See Complaint, Page 1).

20.     Defendant Taylor is a resident and citizen of the State of Michigan.  (See Complaint, Page 1).

21.     Defendant Cassens Transport is an Illinois Company with its principal place of business in Illinois. (See Complaint, Page 1).

22.     Thus, there is complete diversity between the parties.

**VI.    CONCLUSION**

23.     The amount in controversy exceeds $75,000.00 and there is complete diversity amongst the parties, and this Notice of Removal is appropriate pursuant to 28 U.S.C. §1441(b).

24.     Based on the foregoing, the Action may be removed to this Court as this Court has jurisdiction pursuant to 28 U.S.C. § 1332 because: (1) the action is pending within the jurisdiction of this Court; (2) the action arises from a conflict between citizens of different states; (3) the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

25.     No admissions of fault, law, or liability is intended by this Notice of Removal, and Defendants expressly reserve all defenses, counterclaims, and motions otherwise available to them.

WHEREFORE, Defendants hereby remove the above-captioned action from the Lucas County Court of Common Pleas to the United States District Court for the Northern District of Ohio, Western Division.

Respectfully submitted,


**/s/ Christina L. Corl**
Christina L. Corl, Esq.  (0067869)
Plunkett Cooney
716 Mt. Airyshire Blvd., Suite 150
Columbus, OH 43235
Tel: (614) 629.3018
Fax: (248) 901.4040
Email: CCorl@plunkettcooney.com
*Attorney for Defendants, David Taylor*
*and Cassens Transport Company*

5

**CERTIFICATE OF SERVICE**

This will certify that the foregoing document was filed electronically with United States District Court for the Northern District of Ohio, Western Division, on this **21st day of November, 2023**. A copy has been sent, via electronic mail, to the following counsel of record on November 21, 2023:

**Mark A. Skeldon, Esq.**
**Mark Skeldon LLC**
mark@mark-skeldon.com
*Counsel for Plaintiffs*

/s/ Christina L. Corl
Christina L. Corl, Esq. (0067869)
Plunkett Cooney

Open.P0235.P0235.32180756-1